The Honorable Lauren King

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARY HELMS, for herself, as a private attorney general, and/or on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELECTBLINDS LLC,<br><br>Defendant. | No. 3:26-cv-05315-LK<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO CONSOLIDATE CASES**<br><br>NOTE ON MOTION CALENDAR: May 1, 2026 |
| LINDA BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELECTBLINDS LLC,<br><br>Defendant. | No. 2:26-cv-01233-LK<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO CONSOLIDATE CASES**<br><br>NOTE ON MOTION CALENDAR: May 1, 2026 |

STIPULATED MOTION AND [PROPOSED]
ORDER TO CONSOLIDATE CASES
(CASE NO. 3:26-CV-05315-LK) - 1

HOLLAND & KNIGHT
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
T: +1.206.505.4000
F: +1.206.505.4099

**STIPULATED MOTION**

Pursuant to Local Civil Rules 10(g) and 42, and Federal Rules of Civil Procedure 6 and 42, the Parties stipulate and agree as follows:

1.    On March 3, 2026, Plaintiff Mary Helms filed this putative class action lawsuit against SelectBlinds LLC for alleged violations of the Consumer Electronic Mail Act, ("CEMA"), RCW 19.190, and the Washington Consumer Protection Act, ("CPA"), RCW 19.86. *See* Dkt. 1-2 ("Helms Compl.").

2.    On March 10, 2026, Plaintiff Linda Baker filed a similar putative class action lawsuit against SelectBlinds LLC. *See Baker v. SelectBlinds LLC*, Case No. 2:26-cv-01233-LK, Dkt. 1-3 ("Baker Compl.").

3.    The plaintiff in Helms alleges that SelectBlinds sent commercial emails to Washington residents containing false or misleading subject lines in violation of CEMA. *See* Helms Compl. The plaintiff in Baker also alleges that SelectBlinds sent commercial emails to Washington residents containing false or misleading subject lines in violation of CEMA. *See* Baker Compl.

4.    Both cases are putative class actions with overlapping classes. The putative class in the *Helms* complaint consists of all Washington residents who received an email from SelectBlinds during the applicable statute of limitations "that contained in the subject line (a) a 'XX% Off' or similar percentage-off statement and/or (b) a statement advertising a 'free' offer." *See* Helms Compl. ¶ 69. The putative class in the *Baker* complaint consists of all Washington residents who received an email from SelectBlinds during the applicable statute of limitations "with subject lines advertising sales or discounts on SelectBlinds Products[.]" *See* Baker Compl. ¶ 48.

5.    On April 24, 2026, the *Baker* lawsuit was reassigned from Judge Tana Lin to Judge Lauren King due to the related nature of the *Baker* and *Helms* lawsuits.

6.    Counsel for SelectBlinds and counsel for the plaintiffs in both *Helms* and *Baker* have conferred about consolidating the two actions. Plaintiffs and SelectBlinds agree that

STIPULATED MOTION AND [PROPOSED]
ORDER TO CONSOLIDATE CASES
(CASE NO. 3:26-CV-05315-LK) - 2

HOLLAND & KNIGHT
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
T: +1.206.505.4000
F: +1.206.505.4099

consolidation of the *Helms* and *Baker* actions is appropriate because the actions involve materially identical allegations and consolidation will result in substantial efficiencies in managing both cases, avoid duplicative discovery and motion practice, and eliminate any risk of inconsistent rulings. *See Doe v. Fred Hutchinson Cancer Ctr.*, No. 2:23-cv-01893-JHC, 2024 WL 69881, at *1 (W.D. Wash. Jan. 5, 2024) ("Consolidation is appropriate [where] … the [two] actions present common questions of law and fact and there are substantial efficiencies to be gained.").

7.    Because consolidation will require the filing of a consolidated complaint, the Parties have discussed and agreed upon a schedule for filing the consolidated complaint.

8.    Based on the foregoing, the Parties stipulate and agree as follows, subject to the Court's approval:

- The *Helms* and *Baker* actions shall be consolidated under the earlier-filed *Helms* case number;

- Plaintiffs shall file a consolidated amended complaint within 30 days of the Court's order granting this stipulation; and

- After Plaintiffs file the consolidated amended complaint, SelectBlinds shall file its answer or otherwise respond within 30 days.

9.    Further, because consolidation impacts the parties and counsel involved in the Rule 26 conferral, disclosures, and report, the Parties further agree and stipulate (subject to the Court's approval) to continue the deadlines set forth in the Court's Orders Regarding Initial Disclosures and Joint Status Report in both the *Helms* and *Baker* matters ("Initial Scheduling Orders"). *See Helms* Dkt. 6; *Baker* Dkt. 9. The Parties stipulate and agree to vacate the deadlines in the Initial Scheduling Orders and request that the Court issue a renewed Initial Scheduling Order in the consolidated action after Plaintiffs have filed their consolidated complaint.

IT IS SO STIPULATED THIS 5th day of May, 2026.

STIPULATED MOTION AND [PROPOSED]
ORDER TO CONSOLIDATE CASES
(CASE NO. 3:26-CV-05315-LK) - 3

HOLLAND & KNIGHT
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
T: +1.206.505.4000
F: +1.206.505.4099

**HATTIS LUKACS & CORRINGTON**

By: s/ Daniel M. Hattis
Daniel M. Hattis, WSBA No. 50428
Che Corrington, WSBA No. 54241
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
Tel: 425.233.8650
Fax: 425.412.7171
Email: dan@hattislaw.com
che@hattislaw.com

*Attorneys for Plaintiff Mary Helms and the Proposed Class*

**BARG SINGER HOESLY PC**

By: s/ Cody Hoesly
Cody Hoesly, WSBA No. 41190
121 SW Morrison St., Ste. 600
Portland, OR 97204
Tel: 503.241.3311
Email: choesly@bargsinger.com

*Attorneys for Plaintiff Linda Baker and the Proposed Class*

**DOVEL & LUNER, LLP**

By: s/ Simon Franzini
Simon Franzini, WSBA No. 63689
Jonas Jacobson, WSBA No. 62890
201 Santa Monica Blvd, Suite 600
Santa Monica, CA 90401
Tel: 310.656.7066
Email: simon@dovel.com
jonas@dovel.com

*Attorneys for Plaintiff Linda Baker and the Proposed Class*

**HOLLAND & KNIGHT LLP**

By: s/Austin Rainwater
Austin Rainwater, WSBA No. 41904
Kristin Asai, WSBA No. 49511
Abigail Gore, WSBA No. 62076
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
Telephone: 206.505.4000
Email: Austin.Rainwater@hklaw.com
Kristin.Asai@hklaw.com
Abigail.Gore@hklaw.com

*Attorneys for Defendant SelectBlinds LLC*

STIPULATED MOTION AND [PROPOSED]
ORDER TO CONSOLIDATE CASES
(CASE NO. 3:26-CV-05315-LK) - 4

HOLLAND & KNIGHT
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
T: +1.206.505.4000
F: +1.206.505.4099

## ORDER

The Court, having considered the Parties' Stipulated Motion to Consolidate Cases, and finding good cause therefore, hereby ORDERS:

1. *Helms v. SelectBlinds LLC*, Case No. 3:26-cv-05315-LK, and *Baker v. SelectBlinds LLC*, Case No. 2:26-cv-01233-LK, are CONSOLIDATED for all purposes pursuant to Federal Rule of Civil Procedure 42(a).

2. The consolidated action shall proceed under Case No. 3:26-cv-05315-LK.

3. All future filings shall be made only in the consolidated case number.

4. Plaintiffs shall file a consolidated amended complaint within 30 days of entry of this Order.

5. SelectBlinds shall file an answer or other response within 30 days after Plaintiffs file a consolidated amended complaint.

6. The deadlines in the Initial Scheduling Orders are hereby stricken and will be reset by the Court after Plaintiffs have filed their consolidated complaint.

IT IS SO ORDERED.

DATED this 5th day of ___May___, 2026.

_____
HON. LAUREN KING
United States District Judge

STIPULATED MOTION AND [PROPOSED]
ORDER TO CONSOLIDATE CASES
(CASE NO. 3:26-CV-05315-LK) - 5

HOLLAND & KNIGHT
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
T: +1.206.505.4000
F: +1.206.505.4099